THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BAUER, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Appeal from an order dismissing a writ of habeas corpus. Appellant was convicted of an attempt to commit the crime of robbery in the second degree. His contention is that he was illegally sentenced because the court in pronouncing sentence imposed a term of three to seven years for the crime and an additional term of five to ten years because appellant was armed, instead of imposing a sentence of eight to seventeen years. This contention is without merit. Order unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of GREAT NORTHERN WAREHOUSES, INC., Petitioner, for an Order against MILO R. MALTBIE and Others, Together Constituting and Composing the Public Service Commission of the State of New York, Respondents.— This is a proceeding brought pursuant to article 78 of the Civil Practice Act to review an order of the Public Service Commission granting a certificate of convenience and necessity to the petitioner, which certificate authorized the transportation of general commodities and household goods by motor vehicle in certain portions of the State of New York. Public hearings were held in this proceeding and a certificate was granted in all territories in which operations had been established within the period provided by the Public Service Commission. This case is controlled by our decision in *Matter of Santini Bros., Inc.*, v. *Maltbie* (260 App. Div. 545), and the order of the Public Service Commission should be affirmed. Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of HAHN BROS. FIREPROOF WAREHOUSES, INC., Petitioner, for an Order against MILO R. MALTBIE and Others, Together Constituting and Composing the Public Service Commission of the State of New York, Respondents.— This proceeding is similar in every respect to the proceedings in *Matter of Great Northern Warehouses, Inc.*, v. *Maltbie* (ante, p. 923), decided at this term, and the order of the Public Service Commission should be accordingly affirmed. Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ESTHER A. GUTTERSON, Appellant, v. E. LESLIE GUTTERSON, Respondent.— Appeal from an order denying plaintiff's motion for an order directing the General Electric Company, as a third party, to pay over to plaintiff profit sharing payments or bonuses in the total sum of $129.11, on account of an unsatisfied judgment. Defendant is an employee of the General Electric Company and a judgment debtor of the plaintiff. The latter has a garnishee execution against defendant's wages or earnings. The court at Special Term held that defendant's bonuses, so-called, were earnings and that plaintiff was only entitled to a garnishee execution against them. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.